**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-00033-AP

MANUEL VEGA,

                Plaintiff,

    v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

**1.     APPEARANCES OF COUNSEL AND PRO SE PARTIES**

| For Plaintiff: | For Defendant: |
|---|---|
| Michael W. Seckar | JOHN F. WALSH |
| Attorney for Plaintiff | United States Attorney |
| 402 W. 12th Street | District of Colorado |
| Pueblo, CO 81003 | |
| (719) 543-8636 | WILLIAM G. PHARO |
| seckarlaw@mindspring.com | Assistant United States Attorney |
| | United States Attorney's Office |
| | |
| | NADIA N. SULLIVAN |
| | Special Assistant U. S. Attorney |
| | nadia.sullivan@ssa.gov |
| | Office of the General Counsel |
| | Social Security Administration |
| | 1001 Seventeenth Street |
| | Denver, CO 80202 |
| | Telephone: (303) 844-1949 |

2. **STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

3. **DATES OF FILING OF RELEVANT PLEADINGS**

   A. **Date Complaint Was Filed:** January 6, 2011.
   B. **Date Complaint Was Served on U.S. Attorney's Office:** March 11, 2011.
   C. **Date Answer and Administrative Record Were Filed:** April 7, 2011.

4. **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

   **Plaintiff states:** To the best of his knowledge, the record is complete.
   **Defendant states:** To the best of his knowledge, the record is complete.

5. **STATEMENT REGARDING ADDITIONAL EVIDENCE**

   **Plaintiff states:** None anticipated.
   **Defendant states:** None anticipated.

6. **STATEMENT REGARDING UNUSUAL CLAIMS OR DEFENSES**

   The parties, to the best of their knowledge, do not believe this case raises unusual claims or defenses.

7. **OTHER MATTERS**

   None.

8. **BRIEFING SCHEDULE**

   A. **Plaintiffs Opening Brief Due:** June 6, 2011.
   B. **Defendant's Response Brief Due:** July 6, 2011.
   C. **Plaintiffs Reply Brief (If Any) Due:** July 21, 2011.

9. **STATEMENTS REGARDING ORAL ARGUMENT**

   A. **Plaintiffs Statement:** Plaintiff does not request oral argument.
   B. **Defendant's Statement:** Defendant does not request oral argument.

**10.   CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.   OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.   AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 19th day of April, 2011.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/Michael W. Seckar<br>Michael W. Seckar<br>Attorney for Plaintiff<br>402 W. 12th Street<br>Pueblo, CO 81003<br>(719) 543-8636<br>seckarlaw@mindspring.com | JOHN F. WALSH<br>United States Attorney<br>District of Colorado<br><br>WILLIAM G. PHARO<br>Assistant United States Attorney<br>United States Attorney's Office<br><br>By: s/Nadia N. Sullivan<br>    NADIA N. SULLIVAN<br>    Special Assistant U. S. Attorney<br>    Office of the General Counsel<br>    Social Security Administration<br>    1001 Seventeenth Street<br>    Denver, CO 80202<br>    Telephone: (303) 844-1949<br>    Nadia.sullivan@ssa.gov<br>    Attorneys for Defendant. |