IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **11-cv-33-AP**

**MANUEL VEGA,**

        Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

        Defendant.

---

**ORDER**

---

Kane, J.

The Stipulated Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act, (doc. #20), filed October 5, 2011, is **GRANTED**.  In consideration thereof, it is

**ORDERED** that the Defendant pay to Plaintiff, through counsel, reasonable attorney fees and expenses in the amount of **$2,835.00**.

Dated at Denver, Colorado, this 5th day of October, 2011.

                                            BY THE COURT:

                                            *S/John L. Kane*
                                            JOHN L. KANE, SENIOR JUDGE
                                            UNITED STATES DISTRICT COURT